# Court of Appeals
# of the State of Georgia

ATLANTA, April 16, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0926. BROWN v. ROCK CREEK HOMEOWNER'S ASSOCIATION, INC.

The appeal of the above-referenced case was docketed on December 12, 2017, and the appellant was notified that his enumerations of error and brief were due within 20 days of docketing (*i.e.,* by January 2, 2018). Appellant filed a Motion for Extension on January 2, 2018, requesting a twenty-day extension and was granted the same until January 22, 2018. Appellant filed a second Motion for Extension on January 19, 2018, requesting a ten-day extension and was again granted an extension until February 1, 2018. Appellant has failed to file a brief as ordered by this Court. Thus, this appeal is ***DISMISSED***.



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta, 04/16/2018
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*